# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JAMES A. COLIN, BAR NO. 6257.

No. 70179

**FILED**

JUL 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition under SCR 111 concerning attorney James Colin, based on a conviction for battery, a misdemeanor in violation of NRS 200.481. Colin self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Having considered the petition and supporting documentation, we conclude that Colin's offense is a minor one that does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time. *See* SCR 111(9).[1]

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]Colin filed three motions that collectively sought to disqualify all sitting members of this court. He subsequently filed a motion to withdraw the disqualification motions. The motion to withdraw, filed on July 6, 2016, is granted.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-22807

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
James A. Colin
Kimberly K. Farmer, Executive Director, State Bar of Nevada